**Electronically Filed
Supreme Court
SCWC-20-0000465
28-JUN-2021
01:31 PM
Dkt. 5 ODAC**

SCWC-20-0000465

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JASON SCUTT,
Petitioner/Plaintiff-Appellant,

vs.

MAUI MEDICAL GROUP,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000465; CASE NO. 2DRC-20-0000934)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellant's Application for Writ

of Certiorari, filed on May 26, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, June 28, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

